ANDREW GROSSMAN (SBN 211546)
(andrew.grossman@wilmerhale.com)
MICHAEL D. JAY (SBN 223827)
(michael.jay@wilmerhale.com)
WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071

Attorneys for Plaintiff
BROADCOM CORPORATION

FILED
2010 MAY 26 PM 3: 11

CLERK U.S. DIST COURT
CENTRAL DIST OF CALIF.
SANTA ANA
BY: ___

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

CV10-3963 SJO (FMOx)

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>              Plaintiff,<br><br>      v.<br><br>EMULEX CORPORATION,<br><br>              Defendant. | CASE No. _____<br><br>**COMPLAINT FOR PATENT INFRINGEMENT AND DEMAND FOR JURY TRIAL** |

BY FAX

Plaintiff Broadcom Corporation ("Broadcom"), for its Complaint against Defendant Emulex Corporation ("Emulex" or "the defendant"), alleges as follows:

## I.   JURISDICTION AND VENUE

1.     Plaintiff's patent infringement claims arise under the patent laws of the United States, Title 35 U.S.C. §§ 1 et seq.  This Court has subject matter jurisdiction over those claims pursuant to 28 U.S.C. §§ 1331 and 1338(a).

2.     This Court has personal jurisdiction over the defendant, the principal place of business of which is located in Costa Mesa, California and which has sufficient minimum contacts with this District.

3.     Venue for this action is proper in this District pursuant to 28 U.S.C. §§ 1391 and 1400(b).  Emulex has committed, and is continuing to commit, acts of infringement in this District, has its principal place of business in this District, and is subject to personal jurisdiction in this District.

## II.   PARTIES

4.     Plaintiff Broadcom is a corporation organized and existing under the laws of the state of California, with its principal place of business at 5300 California Avenue, Irvine, California 92617.

5.     Defendant Emulex is a corporation organized and existing under the laws of the state of Delaware, with its principal place of business at 3333 Susan Street, Costa Mesa, California 92626.

## III.   FACTS

6.     This action arises out of Emulex's infringement of a patent owned by Broadcom.

7.     On May 25, 2010, United States Patent No. 7,724,057 (the "'057 Patent"), entitled "Current-Controlled CMOS Logic Family," was duly and legally issued to inventor Armond Hairapetian.  The '057 Patent has been duly and legally assigned to Broadcom.  A true and correct copy of the '057 Patent is attached

hereto as Exhibit A.

8.      Broadcom is the owner of the '057 Patent with the full and exclusive right to bring suit to enforce it.

9.      Emulex designs, makes, uses, sells, and/or supports application-specific integrated circuits ("ASICs") that contain embedded Serializers/Deserializers ("SerDes").

10.     As alleged herein, Emulex has engaged in actions that have directly and indirectly infringed the '057 Patent.

11.     Emulex has directly infringed by making, using, selling, offering to sell, and/or importing infringing products into the United States.

12.     Emulex has contributorily infringed by offering to sell or selling within the United States or importing into the United States a component of a patented machine, manufacture, combination, or composition, or a material or apparatus for use in practicing a patented process, constituting a material part of the claimed invention(s), knowing the same to be especially made or especially adapted for use in an infringement of such patent, and not a staple article or commodity of commerce suitable for substantial noninfringing use.

13.     Emulex has induced infringement by encouraging acts of direct infringement, when Emulex knew or should have known it was inducing direct infringement.  Emulex's acts of encouragement include but are not limited to (a) selling to, supplying to, encouraging, helping design, and/or supporting OEMs to incorporate certain Emulex products into devices sold by OEMs, and (b) selling to, supplying to, encouraging, and/or instructing third parties how to use certain Emulex products.

## IV.   COUNT ONE

### Infringement of the '057 Patent

14.     Plaintiff repeats and re-alleges the allegations of paragraphs 1 through

13 above as if fully set forth herein.

15.    Emulex has infringed and continues to infringe, literally and/or under the doctrine of equivalents, one or more claims of the '057 Patent, directly and/or indirectly, in violation of 35 U.S.C. § 271(a), (b), (c) and/or (f); at least by making, using, selling, offering to sell and/or importing products in the United States (and/or contributing to and/or inducing others to do the same) including but not limited to the "InSpeed" SOC 422 Embedded Storage Switch and other electronic devices that incorporate similar circuitry and/or have similar features and/or functionality.

16.    Emulex's continuing actions as alleged herein are inducing infringement of the '057 Patent by encouraging acts of direct infringement, and Emulex knows or should know it is inducing direct infringement by (a) selling to, supplying to, encouraging, helping design, and/or supporting original equipment manufacturers ("OEMs") to incorporate Emulex products into devices sold by OEMs, and (b) selling to, supplying to, encouraging, and/or instructing third parties how to use such Emulex products.

17.    Emulex's continuing actions as alleged herein are contributorily infringing the '057 Patent by offering to sell or selling within the United States or importing into the United States a component of a patented machine, manufacture, combination, or composition, or a material or apparatus for use in practicing a patented process, constituting a material part of the claimed invention(s) of the '057 Patent, knowing the same to be especially made or especially adapted for use in an infringement of such patent, and not a staple article or commodity of commerce suitable for substantial non-infringing use.

18.    Emulex's continuing actions as alleged herein are willfully infringing the '057 Patent, such that Broadcom is entitled to enhanced damages (including treble damages) and other available relief from Emulex.

19. The '057 patent claims that Emulex infringes (directly or indirectly) include but are not limited to claims 37 and 81:

[Claim 37:]  An apparatus, comprising:

a first stage for deserializing a differential serialized signal thereby generating a first deserialized signal that includes a first plurality of signals, wherein the first stage includes a current-controlled complementary metal-oxide semiconductor ($C^3MOS$) circuit having a first metal-oxide semiconductor (MOS) transistor with a first drain, a first gate, and a first source and a second MOS transistor with a second drain, a second gate, and a second source, wherein:

  a current steering circuit within the $C^3MOS$ circuit includes the first source and the second source;

  the first source and the second source are coupled together and to a current source; and

  the first drain and the second drain are coupled to a power supply; and

a second stage, coupled to the first stage, for processing the first deserialized signal thereby generating a second deserialized signal that includes a second plurality of signals.

[Claim 81:]  An apparatus, comprising:

a first circuit, that includes n latches, for deserializing a differential signal received at a first frequency thereby generating a parallel n-bit signal, wherein:

  n is an integer;

  each of the n latches is implemented for receiving the differential signal and a clock signal;

  the n latches are implemented for outputting the parallel n-bit signal at a second frequency; and

**COMPLAINT FOR PATENT INFRINGEMENT AND DEMAND FOR JURY TRIAL**

each of the n latches includes a respective current steering circuit that includes a respective current source having an input for receiving the clock signal; and

a second circuit, coupled to the first circuit, for processing the parallel n-bit signal; and wherein:

the second circuit is implemented using conventional complementary metal-oxide-semiconductor (CMOS) logic; and

the first frequency is n times the second frequency.

## V.   DAMAGES

20.    By reason of the acts alleged herein, including the patent infringement recited in the Count above, Broadcom has suffered, is suffering, and unless restrained by the Court, will continue to suffer injury to its business and property rights, for which it is entitled to damages pursuant to 35 U.S.C. §§ 284-285 in an amount to be proven at trial.

## VI.   INJUNCTION

21.    By reason of the acts alleged herein, Broadcom has suffered, is suffering, and unless restrained by the Court, will continue to suffer irreparable harm for which there is no adequate remedy at law, and for which Broadcom is entitled to preliminary and permanent injunctive relief pursuant to 35 U.S.C. § 283.

## VII.  PRAYER FOR RELIEF

WHEREFORE, Plaintiff Broadcom requests that the Court enter judgment in its favor and against Emulex as follows:

a.    Declare that Emulex has infringed one or more claims of the '057 Patent;

b.    Enter a preliminary and permanent injunction prohibiting Emulex, its subsidiaries, divisions, agents, servants, employees, and all those acting in concert with and/or who are in privity

with Emulex and/or any of the foregoing from infringing, contributing to the infringement of, and/or inducing infringement of the '057 Patent, and for all further proper injunctive relief;

c.   Find that Emulex's infringement of the '057 has been willful;

d.   Award to Plaintiff damages for Emulex's infringement, with pre-judgment and post-judgment interest, damages, as well as enhanced damages, including treble damages for willful infringement, costs (including expert fees), disbursements, and reasonable attorneys' fees incurred by Plaintiff in this action, pursuant to 35 U.S.C. §§ 284-285, finding this to be an "exceptional" case; and

e.   Grant any and all such further relief as the Court deems just and proper.

## VIII.   DEMAND FOR JURY TRIAL

In accordance with Fed. R. Civ. P. 38(b) and Local Rule 38-1, Plaintiff Broadcom demands a trial by jury on all issues so triable.

Dated:  May 26, 2010          By: _____

ANDREW GROSSMAN (SBN 211546)
(andrew.grossman@wilmerhale.com)
MICHAEL D. JAY (SBN 223827)
(michael.jay@wilmerhale.com)
WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA  90071

*Attorneys for Attorneys for Plaintiff*
*and Counterclaim Defendant*
BROADCOM CORPORATION

USIDOCS 7545637v3

# EXHIBIT A



US007724057B2

(12) **United States Patent**   (10) Patent No.: **US 7,724,057 B2**
Hairapetian   (45) Date of Patent: ***May 25, 2010**

(54) **CURRENT-CONTROLLED CMOS LOGIC FAMILY**

(75) Inventor: **Armond Hairapetian**, Newport Coast, CA (US)

(73) Assignee: **Broadcom Corporation**, Irvine, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **12/363,202**

(22) Filed: **Jan. 30, 2009**

(65) **Prior Publication Data**

US 2009/0128380 A1     May 21, 2009

**Related U.S. Application Data**

(63) Continuation of application No. 11/729,679, filed on Mar. 29, 2007, now Pat. No. 7,486,124, which is a continuation of application No. 11/385,632, filed on Mar. 21, 2006, now Pat. No. 7,215,169, which is a continuation of application No. 11/114,969, filed on Apr. 26, 2005, now Pat. No. 7,038,516, which is a continuation of application No. 10/143,087, filed on May 9, 2002, now Pat. No. 6,900,670, which is a continuation of application No. 09/484,856, filed on Jan. 18, 2000, now Pat. No. 6,424,194.

(60) Provisional application No. 60/141,355, filed on Jun. 28, 1999.

(51) Int. Cl.
*H03K 3/356*     (2006.01)

(52) U.S. Cl. ...................... 327/210; 327/219; 327/117; 327/119

(58) Field of Classification Search ................. 327/100, 327/116, 119, 122, 210–212, 214, 291, 293, 327/294, 297, 407–410, 437
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

3,569,732 A     3/1971   Christensen

(Continued)

FOREIGN PATENT DOCUMENTS

EP     0685933     12/1995

(Continued)

OTHER PUBLICATIONS

European Search Report, EP06008842.4-2215, dated Jun. 22, 2009.

(Continued)

*Primary Examiner*—Hai L Nguyen
(74) *Attorney, Agent, or Firm*—Garlick Harrison & Markison; Shayne X. Short

(57) **ABSTRACT**

Various circuit techniques for implementing ultra high speed circuits use current-controlled CMOS ($C^3MOS$) logic fabricated in conventional CMOS process technology. An entire family of logic elements including inverter/buffers, level shifters, NAND, NOR, XOR gates, latches, flip-flops and the like are implemented using $C^3MOS$ techniques. Optimum balance between power consumption and speed for each circuit application is achieve by combining high speed $C^3MOS$ logic with low power conventional CMOS logic. The combined $C^3MOS$/CMOS logic allows greater integration of circuits such as high speed transceivers used in fiber optic communication systems.

**93 Claims, 9 Drawing Sheets**





## US 7,724,057 B2
### Page 2

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,333,020 A | 6/1982 | Maeder |
| 4,395,774 A | 7/1983 | Rapp |
| 4,449,248 A | 5/1984 | Leslie et al. |
| 4,519,068 A | 5/1985 | Krebs et al. |
| 4,545,023 A | 10/1985 | Mizzi |
| 4,599,526 A | 7/1986 | Paski |
| 4,649,293 A | 3/1987 | Ducourant |
| 4,680,787 A | 7/1987 | Marry |
| 4,727,309 A | 2/1988 | Vajdic et al. |
| 4,731,796 A | 3/1988 | Masterton et al. |
| 4,737,975 A | 4/1988 | Shafer |
| 4,761,822 A | 8/1988 | Maile |
| 4,777,657 A | 10/1988 | Gillaspie |
| 4,794,649 A | 12/1988 | Fujiwara |
| 4,804,954 A | 2/1989 | Macnak et al. |
| 4,806,796 A | 2/1989 | Bushey et al. |
| 4,807,282 A | 2/1989 | Kazan et al. |
| 4,817,054 A | 3/1989 | Banerjee et al. |
| 4,817,115 A | 3/1989 | Campo et al. |
| 4,850,009 A | 7/1989 | Zook et al. |
| 4,890,832 A | 1/1990 | Komaki |
| 4,894,792 A | 1/1990 | Mitchell et al. |
| 4,916,441 A | 4/1990 | Gombrich |
| 4,964,121 A | 10/1990 | Moore |
| 4,969,206 A | 11/1990 | Desrochers |
| 4,970,406 A | 11/1990 | Fitzpatrick et al. |
| 4,977,611 A | 12/1990 | Maru |
| 4,995,099 A | 2/1991 | Davis |
| 5,008,879 A | 4/1991 | Fischer et al |
| 5,025,486 A | 6/1991 | Klughart |
| 5,029,183 A | 7/1991 | Tymes |
| 5,031,231 A | 7/1991 | Miyazaki |
| 5,033,109 A | 7/1991 | Kawano et al. |
| 5,041,740 A | 8/1991 | Smith |
| 5,055,659 A | 10/1991 | Hendrick et al. |
| 5,055,660 A | 10/1991 | Bertagna et al. |
| 5,079,452 A | 1/1992 | Lain et al. |
| 5,081,402 A | 1/1992 | Koleda |
| 5,087,099 A | 2/1992 | Stolarczyk |
| 5,115,151 A | 5/1992 | Hull et al. |
| 5,117,501 A | 5/1992 | Childress et al. |
| 5,119,502 A | 6/1992 | Kallin et al. |
| 5,121,408 A | 6/1992 | Cai et al. |
| 5,123,029 A | 6/1992 | Bantz et al. |
| 5,128,938 A | 7/1992 | Borras |
| 5,134,347 A | 7/1992 | Koleda |
| 5,142,573 A | 8/1992 | Umezawa |
| 5,150,361 A | 9/1992 | Wieczorek et al. |
| 5,152,006 A | 9/1992 | Klaus |
| 5,153,878 A | 10/1992 | Krebs |
| 5,175,870 A | 12/1992 | Mabey et al. |
| 5,177,378 A | 1/1993 | Nagasawa |
| 5,179,721 A | 1/1993 | Comroe et al. |
| 5,181,200 A | 1/1993 | Harrison |
| 5,196,805 A | 3/1993 | Beckwith et al. |
| 5,216,295 A | 6/1993 | Hoang |
| 5,230,084 A | 7/1993 | Nguyen |
| 5,239,662 A | 8/1993 | Danielson et al. |
| 5,241,542 A | 8/1993 | Natarajan et al. |
| 5,241,691 A | 8/1993 | Owen |
| 5,247,656 A | 9/1993 | Kabuo et al. |
| 5,249,230 A | 9/1993 | Moskowitz et al. |
| 5,249,302 A | 9/1993 | Metroka et al. |
| 5,265,238 A | 11/1993 | Canova, Jr. et al. |
| 5,265,270 A | 11/1993 | Stengel et al. |
| 5,274,666 A | 12/1993 | Dowdell et al. |
| 5,276,680 A | 1/1994 | Messenger |
| 5,278,831 A | 1/1994 | Mabey et al. |
| 5,289,055 A | 2/1994 | Razavi |
| 5,289,469 A | 2/1994 | Tanaka |
| 5,291,516 A | 3/1994 | Dixon et al. |

| | | |
|---|---|---|
| 5,293,639 A | 3/1994 | Wilson et al. |
| 5,296,849 A | 3/1994 | Ide |
| 5,297,144 A | 3/1994 | Gilbert et al. |
| 5,301,196 A | 4/1994 | Ewen et al. |
| 5,323,392 A | 6/1994 | Ishii et al. |
| 5,331,509 A | 7/1994 | Kikinis |
| 5,345,449 A | 9/1994 | Buckingham et al. |
| 5,349,649 A | 9/1994 | Iijima |
| 5,361,397 A | 11/1994 | Wright |
| 5,363,121 A | 11/1994 | Freund |
| 5,373,149 A | 12/1994 | Rasmussen |
| 5,373,506 A | 12/1994 | Tayloe et al. |
| 5,390,206 A | 2/1995 | Rein et al. |
| 5,392,023 A | 2/1995 | D'Avello et al. |
| 5,406,615 A | 4/1995 | Miller, II et al. |
| 5,406,643 A | 4/1995 | Burke et al. |
| 5,418,837 A | 5/1995 | Johansson et al. |
| 5,420,529 A | 5/1995 | Guay et al. |
| 5,423,002 A | 6/1995 | Hart |
| 5,426,637 A | 6/1995 | Derby et al. |
| 5,428,636 A | 6/1995 | Meier |
| 5,430,845 A | 7/1995 | Rimmer et al. |
| 5,434,518 A | 7/1995 | Sinh et al. |
| 5,438,329 A | 8/1995 | Gastouniotis et al. |
| 5,440,560 A | 8/1995 | Rypinski |
| 5,457,412 A | 10/1995 | Tamba et al. |
| 5,459,412 A | 10/1995 | Mentzer |
| 5,465,081 A | 11/1995 | Todd |
| 5,481,265 A | 1/1996 | Russell |
| 5,481,562 A | 1/1996 | Pearson et al. |
| 5,488,319 A | 1/1996 | Lo |
| 5,510,734 A | 4/1996 | Sone |
| 5,510,748 A | 4/1996 | Erhart et al. |
| 5,521,530 A | 5/1996 | Yao et al. |
| 5,533,029 A | 7/1996 | Gardner |
| 5,535,373 A | 7/1996 | Oinowich |
| 5,544,222 A | 8/1996 | Robinson et al. |
| 5,548,230 A | 8/1996 | Gerson et al. |
| 5,576,644 A | 11/1996 | Pelella |
| 5,579,487 A | 11/1996 | Meyerson et al. |
| 5,584,048 A | 12/1996 | Wieczorek |
| 5,600,267 A | 2/1997 | Wong et al. |
| 5,606,268 A | 2/1997 | Van Brunt |
| 5,614,841 A | 3/1997 | Marbot et al. |
| 5,625,308 A | 4/1997 | Matsumoto et al. |
| 5,628,055 A | 5/1997 | Stein |
| 5,630,061 A | 5/1997 | Richter et al. |
| 5,640,356 A | 6/1997 | Gibbs |
| 5,675,584 A | 10/1997 | Jeong |
| 5,680,633 A | 10/1997 | Koenck et al. |
| 5,708,399 A | 1/1998 | Fujii et al. |
| 5,724,361 A | 3/1998 | Fiedler |
| 5,726,588 A | 3/1998 | Fiedler |
| 5,732,346 A | 3/1998 | Lazaridis et al. |
| 5,740,366 A | 4/1998 | Mahany et al. |
| 5,744,366 A | 4/1998 | Kricka et al |
| 5,767,699 A | 6/1998 | Bosnyak et al. |
| 5,796,727 A | 8/1998 | Harrison et al. |
| 5,798,658 A | 8/1998 | Werking |
| 5,821,809 A | 10/1998 | Boerstler et al. |
| 5,839,051 A | 11/1998 | Grimmett et al. |
| 5,859,669 A | 1/1999 | Prentice |
| 5,867,043 A | 2/1999 | Kim |
| 5,877,642 A | 3/1999 | Takahashi |
| 5,892,382 A | 4/1999 | Ueda et al. |
| 5,896,135 A | 4/1999 | Yang |
| 5,903,176 A | 5/1999 | Westgate |
| 5,905,386 A | 5/1999 | Gerson |
| 5,940,771 A | 8/1999 | Gollnick et al. |
| 5,945,847 A | 8/1999 | Ransijn |
| 5,945,858 A | 8/1999 | Sato |
| 5,945,863 A | 8/1999 | Coy |
| 5,969,556 A | 10/1999 | Hayakawa |

Exhibit A, Page 2

US 7,724,057 B2

Page 3

| | | | |
|---|---|---|---|
| 6,002,279 | A | 12/1999 | Evans et al. |
| 6,014,041 | A | 1/2000 | Somasekhar et al. |
| 6,014,705 | A | 1/2000 | Koenck et al. |
| 6,028,454 | A | 2/2000 | Elmasry et al. |
| 6,037,841 | A | 3/2000 | Tanji et al. |
| 6,037,842 | A | 3/2000 | Bryan et al. |
| 6,038,254 | A | 3/2000 | Ferraiolo et al. |
| 6,061,747 | A | 5/2000 | Ducaroir et al. |
| 6,081,162 | A | 6/2000 | Johnson |
| 6,094,074 | A | 7/2000 | Chi et al. |
| 6,104,214 | A | 8/2000 | Ueda et al. |
| 6,108,334 | A | 8/2000 | Blanc et al. |
| 6,111,425 | A | 8/2000 | Bertin et al. |
| 6,114,843 | A | 9/2000 | Olah |
| 6,188,339 | B1 | 2/2001 | Hasegawa |
| 6,194,950 | B1 | 2/2001 | Kibar et al. |
| 6,222,380 | B1 | 4/2001 | Gerowitz et al. |
| 6,232,844 | B1 | 5/2001 | Talaga, Jr. |
| 6,259,312 | B1 | 7/2001 | Murtojarvi |
| 6,265,898 | B1 | 7/2001 | Bellaouar |
| 6,310,501 | B1 | 10/2001 | Yamashita |
| 6,374,311 | B1 | 4/2002 | Mahany et al |
| 6,424,194 | B1 | 7/2002 | Hairapetian |
| 6,463,092 | B1 | 10/2002 | Kim et al. |
| 6,496,540 | B1 | 12/2002 | Widmer |
| 6,862,296 | B1 * | 3/2005 | Desai .................. 370/503 |
| 6,900,670 | B2 * | 5/2005 | Hairapetian .......... 327/100 |
| 6,911,855 | B2 | 6/2005 | Yin et al. |
| 6,927,606 | B2 | 8/2005 | Kocaman |
| 7,038,516 | B2 * | 5/2006 | Hairapetian .......... 327/210 |
| 7,215,169 | B2 | 5/2007 | Hairapetian |
| 7,486,124 | B2 * | 2/2009 | Hairapetian .......... 327/210 |

FOREIGN PATENT DOCUMENTS

WO          8101780          6/1981

OTHER PUBLICATIONS

Atkinson, A Single Chip Radio Transceiver for DECT, IEEE 1991.
Bagby, "One Approach to Wireless Network Architecture," IEEE P802.11191-2, Jan. 1991, pp. 1-15, 17-21.
Baumert et al., A Monolithic 50-200 MHz CMOS Clock Recovery and Retiming Circuit, IEEE 1989 Custom Integrated Circuits Conference pp. 14.5.1-14.5.4, (May 1989).
Biba, A Modest Proposal for a Asynchronous, Data Intensive, Wireless Local Area Network, IEEE P802.11191-25, Mar. 1991; pp. 1-25.
Bida, "A Hybrid Wireless MAC Protocol Supporting Asynchronous and Synchronous MSDU Delivery Services," IEEE 802.11/91-92, Sep. 1991, pp. 1-46.
Buhanan, "CML and Flip TAB Joint Forces in the DPS 88's Micropackages," Electronics Nov. 3, 1982.
Cheah, "A Proposed Architecture and Access Protocol Outline for the IEEE 802.11 Radio LAN Standards," Document IEEE P802.11/91-54, May 1991; pp. 1-20.
Chen and Barker, A 1.25Gb/s, 460mW CMOS Transceiver for Serial Data Communication, 1997 IEEE International Solid-state Circuits Conference pp. 242-243, 465.
Chen and Waldron, A Single-Chip 266Mb/s CMOS Transmitter/Receiver for Serial Data Communications, 1993 IEEE International Solid-State Circuits Conference Digest of Technical Papers, pp. 100-101, 269.
Chu et al., "A comparison of CMOS circuit techniques: Differential cascode voltage switch logic versus conventional logic" IEEE Journal of Solid-State Circuits, vol. SC-22(4) pp. 528-532. (Aug. 1987).
Cox, "A Radio System Proposal for Widespread Low-Power Tetherless Communications," IEEE Transactions on Communications, vol. 39, No. 2 (Feb. 1991), pp. 324-335.
Djahanshahi et al., High-speed ECL-Compatible Serial I-0 in 0.35 μm CMOS, IEEE 1998.
Dunlop et al., A 9 Gbit/s Bandwidth Multiplexer/Demultiplexer CMOS Chip, 1992 Symposium on VLSI Circuits Digest of Technical Papers pp. 68-69.

Elrabaa, Multimitter BiCMOS CML Circuits, IEEE Journal of Solid-State Circuits, vol. 27, No. 3, pp. 454-458 (Mar. 1992).
Elrabaa, Optimization of Digital BiCMOS Circuits. An Overview, IEEE 1992. 5 pages.
Ewen et al., CMOS circuits for Gb/s serial data communication, IBM J. Res. Develop., vol. 39 No. 12 pp. 73-81 (Mar. 1995).
Ewen et al., Single-Chip 1062Mbaud CMOS Transceiver for Serial Data Communication, 1995 IEEE International Solid-State Circuits Conference Digest of Technical Papers, pp. 12-13, 336.
Fiedler et al., A 1.0625Gbps Transceiver with 2x-Oversampling and Transmit Signal Pre-Emphasis, 1997 IEEE International Solid-state Circuits Conference pp. 238-239, 464.
Friedman et al., A Baseband Processor for IS-54 Cellular Telephony, IEEE Journal of Solid-state Circuits, vol. 31 No. 5 pp. 646-655 (May 1996).
Fukaishi et al., A 4.25-Gb/s CMOS Fiber Channel Transceiver with Asynchronous Tree-Type Demultiplexer and Frequency Conversion Architecture, IEEE Journal of Solid-state Circuits, vol. 33 No. 12, pp. 2139-2147 (1998).
Gray et al., "Analysis and Design of Analog Integrated Circuits," John Wiley Sons, Inc., pp. 704-709, (1977).
Harrold, "An Introduction to GaAs IC Design," Prentice Hall International, UK Ltd., pp. 43-45, 63, 160, (1993).
Heimsch et al; Merged CMOS/Bipolar Current Switch Logic (MCSL), IEEE Journal of Solid State Circuits, Oct. 1989, vol. 24, pp. 1307-1311.
Heller et al.; "Cascade voltage switch logic: A differential CMOS logic family", IEEE International Solid-State Circuits Conference, pp. 16-17 (Feb. 22, 1984).
Hobrecht, "A Layered network Protocol for Packet Voice and Data Integration," IEEE Journal on Selected Areas in Communications, vol. SAC-1, No. 6 (Dec. 1983), pp. 1006-1013.
Hodges et al., "Analysis and Design of Digital Integrated Circuits," McGraw Hill, Inc., pp. 271-283, (1983).
Katsu, S. et al. "A GaAs monolithic frequency divider using source coupled FET logic," IEEE Electron Device Letters Aug. 1982, pp. 197-199, vol. EDL-3, No. 8.
Katsu, S. et al. "A source coupled FET logic-A new current-mode approach to GaAs logic," IEEE Transactions on Electron Devices Jun. 1985, pp. 1114-1118, vol. ED-32, No. 6.
Klose, "Process-Optimization for Sub-30ps BiCMOS Technologies for Mixed ECL/CMOS Applications," IEEE 1991.
Kuriso et al., 2.8Gb/s 176mW Byte-Interleaved and 3.0 Gb/s 118mW Bit-Interleaved 8:1 Multiplexers, 1996 International Solid state Circuits Conference pp. 122-123, 429.
Lee et al., "A CMOS Serial Link for 1 Gbaud Fully Duplexed Data Communication," 1994 Symposium on VLSI Circuits Digest of Technical Papers, pp. 125-126.
Lee et al., A CMOS Serial Link for Fully Duplexed Data Communication, IEEE Journal of Solid-State Circuits, vol. 30, pp. 353-364 (Apr. 1995).
Lee, T.H. "High-frequency amplifier design," Chapter 8 in The Design of CMOS Radio-Frequency Integrated Circuits. 1998, Cambridge Press, New York, N.Y., pp. 178-185.
Madhavan and Levi, Low-Power 2.5 Gbit/s VCSEL driver in 0.5 μm CMOS technology, Electronics Letters, vol. 34 No. 2 pp. 178-179 (Jan. 1998).
Mizuno, M. et al. "A GHz MOS adaptive pipeline technique using MOS current-mode logic," IEEE J. of Solid-State Circuits Jun. 1996, pp. 784-791, vol. 31, No. 6.
Mudd et al. "Very High Speed ECL/CMG Gate Arrays with Submicron Structures," IEEE 1989, 5 pages
Natarajan et al. "Battery Efficient Operation of Radio MAC Protocol," IEEE P802.11191-102, Sep. 1991, pp  1-5.
Navarro and Van Noije, Design of an 8:1 MUX at 1.7Gbit/s in 0.8 μm CMOS Technology, 1998 Great Lakes Symposium on VLSI.
Oshima et al., "A Single CMOS SDH Terminal Chip for 622 Mb/s STM 4C," 1994 IEEE International Solid-State Circuits Conference Digest of Technical Papers, pp. 174-175.
Pederson and Metz, A CMOS to 100K ECL Interface Circuit, 1989 IEEE International Solid-state Circuits Conference pp. 226-227, 345.

Exhibit A, Page 3

## US 7,724,057 B2
Page 4

Pfennings et al "Differential split-level CMOS logic for subnanosecond speeds," IEEE Journal of Solid State Circuits Oct. 1985, pp. 1050-1055, vol. SC-20, No. 5.

Quigley et al., Current Mode Transceiver Logic, (CMTL) for Reduced Swing CMOS, Chip to Chip Communication, IEEE 1993.

Robert Meier's Master's Thesis, Mobile Computer Network Architecture, May 1993, 82 pages.

Rudell, J. et al. "A 1.9-GHz wide-band IF double conversion CMOS receiver for cordless telephone applications," IEEE Journal of Solid State Circuits Dec. 1997, pp. 2071-2088, vol. 32, No. 12.

Runge and Thomas. 5Gbit/s 2:1 multiplexer fabricated in 0.35 µm CMOS and 3Gbit/s 1:2 demultiplexer fabricated in 0.5 µm CMOS technology, Electronics Letters, vol. 35 No. 19 pp. 163 1-33 (Sep. 1999)

Rypinski, "Architecture-Topology and Protocol Stacks," IEEE 802.11191-21, Mar 1991, 12 pages.

Rypinski, Power-Drain Considerations for Full Time and Sleep Mode Radio Receivers, IEEE P802.11/91-99, Sep. 1991, 11 pages.

Somasekhar, D'. and Kaushik, R. "Differential current switch logic a power DCVS logic family," IEEE Journal of Solid-State Circuits Jul. 1996, vol. 31, No. 7.

Thompson et al., A 300-MHz BiCMOS Serial Data Transceiver. IEEE Journal of Solid-state Circuits. vol. 29 No. 3 pp. 185-192 (1994).

Widmer et al., "Single-Chip 4x500Mbaud CMOS Transceiver," 1996 IEEE International SolidState Circuits Conference Digest of Technical Papers, pp. 126-127, 430.

Widmer et al., Single-Chip 4x500-MEd CMOS Transceiver, IEEE Journal of Solid-state Circuits, vol. 31 No. 12 pp. 2004-2014 (1996).

Yamashina et al., "A Low-Supply Voltage GHz MOS Integrated Circuit for Mobile Computing Systems," IEEE Symposium on Low Power Electronics, XP002386133, Oct. 1994, pp. 80-81.

Yamashina, M. and Yamada, H. "An MOS current mode logic (MCML) circuit for low-power sub-GHz processors." IEICE Trans. Electron. Oct. 1992, pp. 1181-1187, vol. E75-C, No. 10

Yamashina, M. and Yamada, H. "An MOS current mode logic (MCML) circuit for low-power sub-GHz processors." NEC Res Develop. Jan. 1995, pp. 54-63, vol 36, No. 1.

Yuen et al., An ECL Gate Array with 2.5 GHz Embedded PLL, IEEE 1993.

* cited by examiner





Fig. 4B



Fig. 4A



Fig. 5

U.S. Patent        May 25, 2010        Sheet 4 of 9        US 7,724,057 B2



**Fig. 6**



Fig. 7

Fig. 8



Fig. 9

U.S. Patent        May 25, 2010        Sheet 8 of 9        US 7,724,057 B2



**Fig. 10**

**Fig. 11**



Fig. 12

US 7,724,057 B2

**1**

# CURRENT-CONTROLLED CMOS LOGIC FAMILY

## CROSS REFERENCE TO RELATED PATENTS/PATENT APPLICATIONS

The present U.S. Utility patent application claims priority pursuant to 35 U.S.C. §120, as a continuation, to the following U.S. Utility patent application which is hereby incorporated herein by reference in its entirety and made part of the present U.S. Utility patent application for all purposes:

1. U.S. Utility application Ser. No. 11/729,679, entitled "Current-controlled CMOS logic family,", filed Mar. 29, 2007, pending and scheduled to issue as U.S. Pat. No. 7,486,124 on Feb. 3, 2009, which claims priority pursuant to 35 U.S.C. §120, as a continuation, to the following U.S. Utility patent application which is hereby incorporated herein by reference in its entirety and made part of the present U.S. Utility patent application for all purposes:

2. U.S. Utility application Ser. No. 11/385,632, entitled "Current-controlled CMOS logic family,", filed Mar. 21, 2006, now U.S. Pat. No. 7,215,169 B2, issued on May 8, 2007, which claims priority pursuant to 35 U.S.C. §120, as a continuation, to the following U.S. Utility patent application which is hereby incorporated herein by reference in its entirety and made part of the present U.S. Utility patent application for all purposes:

3. U.S. Utility application Ser. No. 11/114,969, entitled "Current-controlled CMOS logic family,", filed Apr. 26, 2005, now U.S. Pat. No. 7,038,516 B2, issued on May 2, 2006, which claims priority pursuant to 35 U.S.C. §120, as a continuation, to the following U.S. Utility patent application which is hereby incorporated herein by reference in its entirety and made part of the present U.S. Utility patent application for all purposes:

4. U.S. Utility application Ser. No. 10/143,087, entitled "Current-controlled CMOS logic family,", filed May 9, 2002, now U.S. Pat. No. 6,900,670 B2, issued on May 31, 2005, which claims priority pursuant to 35 U.S.C. §120, as a continuation, to the following U.S. Utility patent application which is hereby incorporated herein by reference in its entirety and made part of the present U.S. Utility patent application for all purposes:

5. U.S. Utility application Ser. No. 09/484,856, entitled "Current-controlled CMOS logic family,", filed Jan. 18, 2000, now U.S. Pat. No. 6,424,194 B1, issued on Jun. 23, 2002, which claims priority pursuant to 35 U.S.C. §119(e) to the following U.S. Provisional Patent Application which is hereby incorporated herein by reference in its entirety and made part of the present U.S. Utility patent application for all purposes:

a. U.S. Provisional Application Ser. No. 60/141,355, entitled "Current-controlled CMOS logic family,", filed Jun. 28, 1999, now expired.

## BACKGROUND OF THE INVENTION

The present invention relates in general to integrated circuitry, and in particular to complementary metal-oxide-semiconductor (CMOS) logic and circuits with enhanced speed characteristics.

For a number of reasons CMOS is the logic family of choice in today's VLSI devices. Due to the complementary nature of its operation, CMOS logic consumes near zero static power. CMOS also readily scales with technology. These two features are highly desirable given the drastic growth in demand for low power and portable electronic devices. Fur-

**2**

ther, with the computer aided design (CAD) industry's focus on developing automated design tools for CMOS based technologies, the cost and the development time of CMOS VLSI devices has reduced significantly.

The one drawback of the CMOS logic family, however, remains its limited speed. That is, conventional CMOS logic has not achieved the highest attainable switching speeds made possible by modern sub-micron CMOS technologies. This is due to a number of reasons. Referring to FIG. 1, there is shown a conventional CMOS inverter 100—the most basic building block of CMOS logic. A p-channel transistor 102 switches between the output and the positive power supply Vcc, and an n-channel transistor 104 switches between the output and the negative power supply (or ground). The switching speed in CMOS logic is inversely proportional to the average on resistance (Ron) of the MOS transistor, and the load capacitance CL on a given node ($\tau \approx Ron \times C_L$). The on resistance Ron is proportional to the transistor channel length L divided by the power supply voltage (i.e., $Ron \propto L/Vcc$), while the load capacitance is given by the gate capacitance of the transistor being driven (i.e., $Wx L \times Cox$, where Cox is the gate oxide capacitance), plus the interconnect parasitic capacitance $C_{int}$. Therefore, with reduced transistor channel lengths L, the switching speed is generally increased. However, this relationship no longer holds in sub-micron technologies. As the channel length L in CMOS technology shrinks into the sub-micron range, the power supply voltage must be reduced to prevent potential damage to the transistors caused by effects such as oxide breakdown and hot-electrons. The reduction of the power supply voltage prevents the proportional lowering of Ron with the channel length L. Moreover, the load capacitance which in the past was dominated by the capacitances associated with the MOS device, is dominated by the routing or interconnect capacitance ($C_{int}$) in modern sub 0.5 micron technologies. This means that the load capacitance will not be reduced in proportion with the channel length L. Thus, the RC loading which is the main source of delaying the circuit remains relatively the same as CMOS technology moves in the sub-micron range.

As a result of the speed limitations of conventional CMOS logic, integrated circuit applications in the Giga Hertz frequency range have had to look to alternative technologies such as ultra high speed bipolar circuits and Gallium Arsenide (GaAs). These alternative technologies, however, have drawbacks of their own that have made them more of a specialized field with limited applications as compared to silicon MOSFET that has had widespread use and support by the industry. In particular, compound semiconductors such as GaAs are more susceptible to defects that degrade device performance, and suffer from increased gate leakage current and reduced noise margins. Furthermore, attempts to reliably fabricate a high quality oxide layer using GaAs have not thus far met with success. This has made it difficult to fabricate GaAs FETs, limiting the GaAs technology to junction field-effect transistors (JFETs) or Schottky barrier metal semiconductor field-effect transistors (MESFETs). A major drawback of the bipolar technology, among others, is its higher current dissipation even for circuits that operate at lower frequencies.

It is therefore highly desirable to develop integrated circuit design techniques that are based on conventional silicon CMOS technology, but overcome the speed limitations of CMOS logic.

## BRIEF SUMMARY OF THE INVENTION

The present invention is directed to apparatus and methods of operation that are further described in the following Brief

Exhibit A, Page 14

US 7,724,057 B2

3

Description of the Several Views of the Drawings, the Detailed Description of the Invention, and the claims. Other features and advantages of the present invention will become apparent from the following detailed description of the invention made with reference to the accompanying drawings.

## BRIEF DESCRIPTION OF THE SEVERAL VIEWS OF THE DRAWINGS

FIG. 1 shows a conventional CMOS inverter;

FIG. 2 is an inverter/buffer implemented in C³MOS according to an exemplary embodiment of the present invention;

FIG. 3 shows an exemplary C³MOS level shift buffer according to the present invention;

FIGS. 4A and 4B show exemplary C³MOS implementations for an AND/NAND gate and an OR/NOR gate, respectively;

FIG. 5 shows an exemplary C³MOS implementation for a 2:1 multiplexer;

FIG. 6 shows an exemplary C³MOS implementation for a two-input exclusive OR/NOR gate;

FIG. 7 is a circuit schematic showing an exemplary C³MOS clocked latch according to the present invention;

FIG. 8 is a circuit schematic for an alternate embodiment for a C³MOS flip-flop according to the present invention;

FIG. 9 shows an exemplary C³MOS implementation for a flip-flop using the C³MOS latch of FIG. 7;

FIG. 10 shows a block diagram for a circuit that combines C³MOS and conventional CMOS logic on a single silicon substrate to achieve optimum tradeoff between speed and power consumption;

FIG. 11 shows an exemplary circuit application of the C³MOS/CMOS combined logic wherein C³MOS logic is used to deserialize and serialize the signal stream while CMOS logic is used as the core signal processing logic circuitry;

FIG. 12 is a simplified block diagram of a transceiver system that utilizes the C³MOS/CMOS combined logic according to the present invention to facilitate interconnecting high speed fiber optic communication channels.

## DETAILED DESCRIPTION OF THE INVENTION

The present invention provides ultra high-speed logic circuitry implemented in silicon complementary metal-oxide-semiconductor (CMOS) process technology. A distinction is made herein between the terminology "CMOS process technology" and "CMOS logic." CMOS process technology as used herein refers generally to a variety of well established CMOS fabrication processes that form a field-effect transistor over a silicon substrate with a gate terminal typically made of polysilicon material disposed on top of an insulating material such as silicon dioxide. CMOS logic, on the other hand, refers to the use of complementary CMOS transistors (n-channel and p-channel) to form various logic gates and more complex logic circuitry, wherein zero static current is dissipated. The present invention uses current-controlled mechanisms to develop a family of very fast current-controlled CMOS (or C³MOS™) logic that can be fabricated using a variety of conventional CMOS process technologies, but that unlike conventional CMOS logic does dissipate static current. C³MOS logic or current-controlled metal-oxide-semiconductor field-effect transistor (MOSFET) logic are used herein interchangeably.

In a preferred embodiment, the basic building block of this logic family is an NMOS differential pair with resistive loads.

4

Referring to FIG. 2, there is shown one embodiment for the basic C³MOS inverter/buffer 200 according to the present invention. Inverter/buffer 200 includes a pair of n-channel MOSFETs 202 and 204 that receive differential logic signals D and D# at their gate terminals, respectively. Resistive loads 206 and 208 connect the drain terminals of MOSFETs 202 and 204, respectively, to the power supply Vcc. Drain terminals of MOSFETs 202 and 204 form the outputs OUT# and OUT of the inverter/buffer, respectively. Resistive loads 206 and 208 may be made up of either p-channel MOSFETs operating in their linear region, or resistors made up of, for example, polysilicon material. In a preferred embodiment, polysilicon resistors are used to implement resistive loads 206 and 208, which maximize the speed of inverter/buffer 200. The source terminals of n-channel MOSFETs 202 and 204 connect together at node 210. A current-source n-channel MOSFET 212 connects node 210 to ground (or negative power supply). A bias voltage VB drives the gate terminal of current-source MOSFET 212 and sets up the amount of current I that flows through inverter/buffer 200. In response to the differential signal at D and D#, one of the two input n-channel MOSFETs 202 and 204 switches on while the other switches off. All of current I, thus flows in one leg of the differential pair pulling the drain terminal (OUT or OUT#) of the on transistor down to logic low, while the drain of the other (off) transistor is pulled up by its resistive load toward logic high. At the OUT output this circuit is a buffer, while at the OUT# output the circuit acts as an inverter.

Significant speed advantages are obtained by this type of current steering logic. Unlike the conventional CMOS inverter of FIG. 1, when either one of the input MOSFETs 202 or 204 is switching on, there is no p-channel pull-up transistor that fights the n-channel. Further, circuit 200 requires a relatively small differential signal to switch its transistors. This circuit also exhibits improved noise performance as compared to the CMOS inverter of FIG. 1, since in the C3MOS inverter/buffer, transistors do not switch between the power supply and the substrate. Logic circuitry based on current-steering techniques have been known in other technologies such as bipolar, where it is called emitter-coupled logic (ECL), and GaAs where it is called source-coupled FET logic (SCFL). This technique, however, has not been seen in silicon CMOS technology for a number of reasons, among which is the fact that CMOS logic has always been viewed as one that dissipates zero static current. The C³MOS logic as proposed by the present invention, on the other hand, does dissipate static current.

The design of each C³MOS logic cell according to the present invention is optimized based on several considerations including speed, current dissipation, and voltage swing. The speed of the logic gate is determined by the resistive load and the capacitance being driven. As discussed above, the preferred embodiment according to the present invention uses polysilicon resistors to implement the load devices. P-channel MOSFETs can alternatively be used, however, they require special biasing to ensure they remain in linear region. Further, the junction capacitances of the p-channel load MOSFETs introduce undesirable parasitics. Speed requirements place a maximum limit on the value of the resistive loads. On the other hand, the various C³MOS logic cells are designed to preferably maintain a constant voltage swing (IxR). Accordingly, the values for R and I are adjusted based on the capacitive load being driven to strike the optimum trade-off between switching speed and power consumption.

The C³MOS logic family, according to the present invention, contains all the building blocks of other logic families.

Exhibit A, Page 15

US 7,724,057 B2

5

Examples of such building blocks include inverters, buffers, level shift buffers, N-input NOR and NAND gates, exclusive OR (XOR) gates, flip flops and latches, and the like. FIG. 3 shows an exemplary C³MOS level shift circuit 300 according to the present invention. Level shift circuit 300 includes essentially the same circuit elements as inverter/buffer 200 shown in FIG. 2, with an additional resistor Rs 302 inserted between the power supply Vcc and the load resistors. Circuit 300 operates in the same fashion as inverter/buffer 200 except that it has its power supply voltage shifted by a value equal to (I×Rs). The C³MOS logic circuitry according to the present invention employs this type of level shifter to make the necessary adjustments in the signal level depending on the circuit requirements. Examples of C³MOS circuits utilizing this type of level shifting will be described below in connection with other types of C³MOS logic elements.

FIGS. 4A and 4B show exemplary C³MOS implementations for an exemplary 2-input AND/NAND gate 400 and an exemplary 2-input OR/NOR gate 402, respectively. These gates operate based on the same current steering principal as discussed above. A logic low signal at input B of AND/NAND gate 400 brings OUT# to ground via Q4 while OUT# is pulled high by its load resistor. A logic low at the A input also pulls OUT# to ground via Q2 and Q3 (B˜high). OUT is pulled high only when both A and B are high disconnecting any path to ground. OUT# provides the inverse of OUT. OR/NOR gate 402 operates similarly to generate OR/NOR logic at its outputs. When another set of transistors are inserted in each leg of the differential pair as is the case for gates 400 and 402, the signals driving the inserted transistors (Q3, Q4) need level shifting to ensure proper switching operation of the circuit. Thus, high speed C³MOS level shifters such as those presented in FIG. 3 can be employed to drive signals B and B#. In a preferred embodiment, since node OUT# in both gates 400 and 402 must drive the additional parasitics associated with cascade transistors Q4, dummy load transistors DQL1 and DQL2 connect to node OUT# to match the loading conditions at both outputs.

FIG. 5 shows an exemplary C³MOS implementation for a 2:1 multiplexer 500. Similar to the other C³MOS logic gates, multiplexer 500 includes a differential pair for each input, but multiplexer 500 further includes select transistors 502 and 504 inserted between the common source terminals of the differential pairs and the current source transistor in a cascade structure. By asserting one of the select input signals SELA or SELB, the bias current is steered to the differential pair associated with that select transistor. Thus, signal SELA steers the bias current to the differential pair with A and A# inputs, and signal SELB steers the bias current to the differential pair with B and B# inputs. Similar to gates 400 and 402, the signals SELA and SELB driving 15 inserted transistors 502 and 504 need level shifting to ensure proper switching operation of the circuit.

FIG. 6 shows an exemplary C³MOS implementation for a two-input exclusive OR (XOR) gate 600. This implementation includes two differential pairs 602 and 606 that share the same resistive load, receive differential signals A and A# at their inputs as shown, and have their drain terminals cross-coupled at the outputs. The other differential input signals B and B# are first level shifted by circuit 606 and then applied to cascade transistors 608 and 610 that are inserted between the differential pairs and the current source transistor. The circuit as thus constructed performs the XOR function on the two input signals A and B.

FIG. 7 is a circuit schematic showing an exemplary C³MOS clocked latch 700 according to the present invention. Latch 700 includes a first differential pair 702 that receives

6

differential inputs D and D# at the gate terminals, and a second differential pair 704 that has its gate and drain terminals cross-coupled to the outputs of OUT and OUT# first differential pair 702. Clocked transistors 706 and 708 respectively connect common-source nodes of differential pairs 702 and 704 to the current-source transistor. Complementary clock signals CK and CKB drive the gate terminals of clocked transistors 706 and 708. Similar to the other C³MOS gates that have additional transistors inserted between the differential pair and the current-source transistor, clock signals CK and CKB are level shifted by level shift circuits such as that of FIG. 3.

A C³MOS master-slave flip-flop 800 according to the present invention can be made by combining two latches 700 as shown in FIG. 8. A first latch 802 receives differential input signals D and D# and generates differential output signals QI and QI#. The differential output signals QI and QI# are then applied to the differential inputs of a second latch 804. The differential outputs Q and Q# of second latch 804 provide the outputs of flip-flop 800.

Every one of the logic gates described thus far may be implemented using p channel transistors. The use of p-channel transistors provides for various alternative embodiments for C³MOS logic gates. FIG. 9 shows one example of an alternative implementation for a C³MOS clocked latch 900 that uses p-channel transistors. In this embodiment, instead of inserting the n-channel clocked transistors between the common-source nodes of the differential pairs and the current-source transistor, p channel clocked transistors 902 and 904 connect between the common-source nodes and the power supply Vcc. This implementation also requires that each differential pair have a separate current-source transistor as shown. Clocked latch 900 operates essentially the same as latch 700 shown in FIG. 7, except the implementation is not as efficient both in terms of size and speed.

As illustrated by the various C³MOS logic elements described above, all of the building blocks of any logic circuitry can be constructed using the C³MOS technique of the present invention. More complex logic circuits such as shift registers, counters, frequency dividers, etc., can be constructed in C³MOS using the basic elements described above. As mentioned above, however, C³MOS logic does consume static power. The static current dissipation of C³MOS may become a limiting factor in certain large scale circuit applications. In one embodiment, the present invention combines C³MOS logic with conventional CMOS logic to achieve an optimum balance between speed and power consumption. According to this embodiment of the present invention, an integrated circuit utilizes C³MOS logic for the ultra high speed (e.g., GHz) portions of the circuitry, and conventional CMOS logic for the relatively lower speed sections. For example, to enable an integrated circuit to be used in ultra high speed applications, the input and output circuitry that interfaces with and processes the high speed signals is implemented using C³MOS. The circuit also employs C³MOS to divide down the frequency of the signals being processed to a low enough frequency where conventional CMOS logic can be used. The core of the circuit, according to this embodiment, is therefore implemented by conventional CMOS logic that consumes zero static current. FIG. 10 shows a simplified block diagram illustrating this exemplary embodiment of the invention. A C³MOS input circuit 1000 receives a high frequency input signal IN and outputs a divided down version of the signal IN/n. The lower frequency signal IN/n is then processes by core circuitry 1002 that is implemented in conventional CMOS logic. A C³MOS output circuit 1004 then

US 7,724,057 B2

7

converts the processed IN/n signal back to the original frequency (or any other desired frequency) before driving it onto the output node OUT.

An example of a circuit implemented using combined C³MOS/C³MOS logic according to the present invention is shown in FIG. 11. C³MOS input circuitry 1100 is a deserializer that receives a serial bit stream at a high frequency of, for example, 2 GHz. A 2 GHz input clock signal CLK is divided down to 1 GHz using a C³MOS flip-flop 1102, such as the one shown in FIG. 8, that is connected in a ÷2 feedback configuration. The 1 GHz output of flip-flop 1102 is then supplied to clock inputs of a pair of C³MOS latches 1104 and 1106. Latches 1104 and 1106, which may be of the type shown in FIG. 6, receive the 2 GHz input bit stream at their inputs and respectively sample the rising and falling edges of the input bit stream in response to the 1 GHz clock signal CLKI2. The signal CLKI2 which is applied to the B/B# inputs of each latch (the level shifted input; see FIG. 6), samples the input data preferably at its center. It is to be noted that the rise and fall times of the signal in CMOS logic is often very dependent on process variations and device matching. C³MOS logic, on the other hand, is differential in nature and therefore provides much improved margins for sampling.

Referring back to FIG. 11, block 11 thus deserializes the input bit stream with its frequency halved to allow for the use of conventional CMOS logic to process the signals. The signals at the outputs of latches 1104 and 1106 are applied to parallel processing circuitry 1108 that are implemented in conventional CMOS logic operating at 1 GHz. The reverse is performed at the output where a serializer 1110 receives the output signals from processing circuitry 1108 and serializes them using C³MOS logic. The final output signal is a bit stream with the original 2 GHz frequency. Circuit applications wherein this technique can be advantageously employed include high speed single or multi-channel serial links in communication systems.

As apparent from the circuit shown in FIG. 11, this technique doubles the amount of the core signal processing circuitry. However, since this part of the circuit is implemented in conventional CMOS logic, current dissipation is not increased by the doubling of the circuitry. Those skilled in the art appreciate that there can be more than one level of deserializing if further reduction in operating frequency is desired. That is, the frequency of the input signal can be divided down further by 4 or 8 or more if desired. As each resulting bit stream will require its own signal processing circuitry, the amount and size of the overall circuitry increases in direct proportion to the number by which the input signal frequency is divided. For each application, therefore, there is an optimum number depending on the speed, power and area requirements.

According to one embodiment of the present invention the combined C³MOS/CMOS circuit technique as shown in FIG. 11 is employed in a transceiver of the type illustrated in FIG. 12. The exemplary transceiver of FIG. 12 is typically found along fiber optic channels in high speed telecommunication networks. The transceiver includes at its input a photo detect and driver circuit 1200 that receives the input signal from the fiber optic channel. Circuit 1200 converts fiber-optic signal to packets of data and supplies it to a clock data recovery (CDR) circuit 1202. CDR circuit 1202 recovers the clock and data signals that may be in the frequency range of about 2.5 GHz, or higher. Established telecommunication standards require the transceiver to perform various functions, including data monitoring and error correction. These functions are performed at a lower frequency. Thus, the transceiver uses a demultiplexer 1204 which deserializes the 2.5 GHz data

8

stream into, for example, 16 parallel signals having a frequency of about 155 MHz. An application specific integrated circuit (ASIC) 1206 then performs the monitoring and error correction functions at the lower (155 MHz) frequency. A multiplexer and clock multiplication unit (CMU) 1208 converts the parallel signals back into a single bit stream at 2.5 GHz. This signal is then retransmitted back onto the fiber optic channel by a laser drive 1212. The combined C³MOS/CMOS technique of the present invention allows fabrication of demultiplexer 1204, ASIC 1206 and multiplexer and CMU 1208 on a single silicon die, as indicated by reference numeral 1210, in a similar fashion as described in connection with the circuit of FIGS. 10 and 11. That is, demultiplexer 1204 and multiplexer and CMU 1208 are implemented in C³MOS with ASIC 1206 implemented in conventional CMOS.

In conclusion, the present invention provides various circuit techniques for implementing ultra high speed circuits using current-controlled CMOS (C³MOS) logic fabricated in conventional CMOS process technology. An entire family of logic elements including inverter/buffers, level shifters, NAND, NOR, XOR gates, latches, flip-flops and the like have been developed using C³MOS according to the present invention. In one embodiment, the present invention advantageously combines high speed C³MOS logic with low power conventional CMOS logic. According to this embodiment circuits such as transceivers along fiber optic channels can be fabricated on a single chip where the ultra-high speed portions of the circuit utilize C³MOS and the relatively lower speed parts of the circuit use conventional CMOS logic. In another embodiment, the C³MOS logic circuitry receives a first power supply voltage that is higher than the power supply voltage used by the conventional CMOS logic circuitry. While the above is a complete description of the preferred embodiment of the present invention, it is possible to use various alternatives, modifications and equivalents. Therefore, the scope of the present invention should be determined not with reference to the above description but should, instead, be determined with reference to the appended claims, along with their full scope of equivalents.

In addition, certain embodiments of the present invention provide a new family of CMOS logic that is based on current-controlled mechanism to maximize speed of operation. The current-controlled CMOS (or C³MOS™) logic family according to the present invention includes all the building blocks of any other logic family. The basic building block of the C³MOS logic family uses a pair of conventional MOS-FETs that steer current between a pair of load devices in response to a difference between a pair of input signals. Thus, unlike conventional CMOS logic, C³MOS logic according to this invention dissipates static current, but operates at much higher speeds. In one embodiment, the present invention combines C³MOS logic with CMOS logic within the same integrated circuitry, where C³MOS is utilized in high speed sections and CMOS is used in the lower speed parts of the circuit.

Accordingly, in one embodiment, the present invention provides a current-controlled metal-oxide semiconductor field-effect transistor (MOSFET) circuit fabricated on a silicon substrate, including a clocked latch made up of first and second n-channel MOSFETs having their source terminals connected together, their gate terminals coupled to receive a pair of differential logic signals, respectively, and their drain terminals connected to a true output and a complementary output, respectively; a first clocked n-channel MOSFET having a drain terminal connected to the source terminals of the first and second n-channel MOSFETs, a gate terminal coupled to receive a first clock signal CK, and a source ter-

US 7,724,057 B2

9

minal; third and fourth n-channel MOSFETs having their source terminals connected together, their gate terminals and drain terminals respectively cross-coupled to the true output and the complementary output; a second clocked n-channel MOSFET having a drain terminal connected to the source terminals of the third and fourth n-channel MOSFETs, a gate terminal coupled to receive a second clock signal CKB, and a source terminal; first and second resistive elements respectively coupling the true output and the complementary output to a high logic level; and a current-source n-channel MOS-FET connected between the source terminals of the first and second clocked n-channel MOSFETs and a logic low level.

In another embodiment, the circuit further includes a buffer/inverter made up of first and second n-channel MOS-FETs having their source terminals connected together, their gate terminals respectively coupled to receive a pair of differential logic signals, and their drain terminals coupled to a high logic level via a respective pair of resistive loads; and a current-source n-channel MOSFET connected between the source terminals of the first and second n-channel MOSFETs and a low logic level, wherein, the drain terminal of the first n-channel MOSFET provides a true output of the buffer/inverter and the drain terminal of the second n-channel MOSFET provides the complementary output of the buffer/inverter.

In yet another embodiment, the present invention provides complementary metal-oxide-semiconductor (CMOS) logic circuitry that combines on the same silicon substrate, current-controlled MOSFET circuitry of the type described above for high speed signal processing, with conventional CMOS logic that does not dissipate static current. Examples of such combined circuitry include serializer/deserializer circuitry used in high speed serial links, high speed phase-locked loop dividers, and the like.

What is claimed is:

1. A multi-channel serial link circuit, comprising:
a first deserializer circuit block, implemented using current-controlled complementary metal-oxide semiconductor (C¹MOS) logic, that is operable to convert a first differential input signal into a first deserialized signal that includes a first plurality of signals; and
a second deserializer circuit block, implemented in a parallel configuration with respect to the first deserializer circuit block and implemented using C¹MOS logic, that is operable to convert a second differential input signal into a second deserialized signal that includes a second plurality of signals.

2. The multi-channel serial link circuit of claim 1, wherein:
within each of the first deserializer circuit block and the second deserializer circuit block, logic levels are signaled by current steering in one of two or more branches in response to a differential input signal.

3. The multi-channel serial link circuit of claim 1, wherein:
the first differential input signal that has a first frequency; and
each of the first plurality of signals has a second frequency.

4. The multi-channel serial link circuit of claim 3, wherein:
the second frequency is less than the first frequency.

5. The multi-channel serial link circuit of claim 3, wherein:
the first frequency is an integer multiple of the second frequency.

6. The multi-channel serial link circuit of claim 1, wherein:
the first differential input signal has a first frequency;
the second differential input signal has the first frequency;
each of the first plurality of signals has a second frequency; and

10

each of the second plurality of signals has the second frequency.

7. The multi-channel serial link circuit of claim 1, further comprising:
a processing circuit block, coupled to the first deserializer circuit block and the second deserializer circuit block and implemented using conventional complementary metal-oxide-semiconductor (CMOS) logic wherein substantially zero static current is dissipated, that is operable to generate a plurality of processed signals.

8. The multi-channel serial link circuit of claim 7, wherein:
the first deserializer circuit block, the second deserializer circuit block, and the processing circuit block are all implemented on a single silicon die.

9. The multi-channel serial link circuit of claim 7, wherein:
the first differential input signal has a first frequency;
the second differential input signal has the first frequency;
each of the first plurality of signals has a second frequency;
each of the second plurality of signals has the second frequency; and
each of the plurality of processed signals has the second frequency.

10. The multi-channel serial link circuit of claim 9, wherein:
the second frequency is less than the first frequency.

11. The multi-channel serial link circuit of claim 9, wherein:
the first frequency is an integer multiple of the second frequency.

12. The multi-channel serial link circuit of claim 7, further comprising:
a first serializer circuit block, coupled to the processing circuit block and implemented using C¹MOS logic, that is operable to convert a first portion of the plurality of processed signals into a first serialized signal; and
a second serializer circuit block, coupled to the processing circuit block, implemented in a parallel configuration with respect to the first serializer circuit block, and implemented using C¹MOS logic, that is operable to convert a second portion of the plurality of processed signals into a second serialized signal.

13. The multi-channel serial link circuit of claim 12, wherein:
the first differential input signal has a first frequency;
the second differential input signal has the first frequency;
each of the first plurality of signals has a second frequency;
each of the second plurality of signals has the second frequency;
each of the plurality of processed signals has the second frequency;
the first serialized signal has a third frequency; and
the second serialized signal has the third frequency.

14. The multi-channel serial link circuit of claim 13, wherein:
the first frequency is the third frequency.

15. The multi-channel serial link circuit of claim 13, wherein:
the second frequency is less than the first frequency.

16. The multi-channel serial link circuit of claim 13, wherein:
the first frequency is an integer multiple of the second frequency.

17. The multi-channel serial link circuit of claim 1, wherein:
the multi-channel serial link circuit is implemented within a fiber optic channel.

US 7,724,057 B2

11     12

18. The multi-channel serial link circuit of claim 1, wherein:

the first deserializer circuit block and the second deserializer circuit block are both implemented on a single silicon die.

19. A multi-channel serial link circuit, comprising:

a first serializer circuit block, implemented using current-controlled complementary metal-oxide semiconductor ($C^3MOS$) logic, that is operable to convert a first portion of a plurality of signals into a first serialized signal; and

a second serializer circuit block, implemented in a parallel configuration with respect to the first serializer circuit block and implemented using $C^3MOS$ logic, that is operable to convert a second portion of the plurality of signals into a second serialized signal.

20. The multi-channel serial link circuit of claim 19, wherein:

within each of the first serializer circuit block and the second serializer circuit block, logic levels are signaled by current steering in one of two or more branches in response to a differential input signal.

21. The multi-channel serial link circuit of claim 19, wherein:

each of the plurality of signals has a first frequency; and

the first serialized signal has a second frequency.

22. The multi-channel serial link circuit of claim 21, wherein:

the second frequency is greater than the first frequency.

23. The multi-channel serial link circuit of claim 21, wherein:

the second frequency is an integer multiple of the first frequency.

24. The multi-channel serial link circuit of claim 19, further comprising:

a processing circuit block, coupled to each of the first serializer circuit block and the second serializer circuit block and implemented using conventional complementary metal-oxide-semiconductor (CMOS) logic wherein substantially zero static current is dissipated, that is operable to generate the plurality of signals.

25. The multi-channel serial link circuit of claim 24, wherein:

the first serializer circuit block, the second serializer circuit block, and the processing circuit block are all implemented on a single silicon die.

26. The multi-channel serial link circuit of claim 24, wherein:

each of the plurality of signals has a first frequency;

the first serialized signal has a second frequency;

the second serialized signal has the second frequency.

27. The multi-channel serial link circuit of claim 26, wherein:

the second frequency is greater than the first frequency.

28. The multi-channel serial link circuit of claim 26, wherein:

the second frequency is an integer multiple of the first frequency.

29. The multi-channel serial link circuit of claim 19, wherein:

the multi-channel serial link circuit is implemented within a fiber optic channel.

30. The multi-channel serial link circuit of claim 19, wherein:

the first serializer circuit block and the second serializer circuit block are both implemented on a single silicon die.

31. A multi-channel serial link circuit, comprising:

a first deserializer circuit block, implemented using current-controlled complementary metal-oxide semiconductor ($C^3MOS$) logic, that is operable to convert a first differential input signal into a first deserialized signal that includes a first plurality of signals; and

a second deserializer circuit block, implemented in a parallel configuration with respect to the first deserializer circuit block and implemented using $C^3MOS$ logic, that is operable to convert a second differential input signal into a second deserialized signal that includes a second plurality of signals; and

a processing circuit block, coupled to each of the first deserializer circuit block and the second deserializer circuit block and implemented using conventional complementary metal-oxide-semiconductor (CMOS) logic wherein substantially zero static current is dissipated, that is operable to generate a plurality of processed signals;

a first serializer circuit block, coupled to the processing circuit block and implemented using $C^3MOS$ logic, that is operable to convert a first portion of the plurality of processed signals into a first serialized signal; and

a second serializer circuit block, coupled to the processing circuit block, implemented in a parallel configuration with respect to the first serializer circuit block, and implemented using $C^3MOS$ logic, that is operable to convert a second portion of the plurality of processed signals into a second serialized signal; and wherein:

the first differential input signal has a first frequency;

the second differential input signal has the first frequency;

each of the first plurality of signals has the second frequency;

each of the second plurality of signals has the second frequency;

each of the plurality of processed signals has the second frequency; and

the first serialized signal has a third frequency; and

the second serialized signal has the third frequency.

32. The multi-channel serial link circuit of claim 31, wherein:

the first frequency is the third frequency.

33. The multi-channel serial link circuit of claim 31, wherein:

the second frequency is less than the first frequency.

34. The multi-channel serial link circuit of claim 31, wherein:

the first frequency is an integer multiple of the second frequency.

35. The multi-channel serial link circuit of claim 31, wherein:

the multi-channel serial link circuit is implemented within a fiber optic channel.

36. The multi-channel serial link circuit of claim 31, wherein:

the first deserializer circuit block, the second deserializer circuit block, the processing circuit block, the first serializer circuit block, and the second serializer circuit block are all implemented on a single silicon die.

37. An apparatus, comprising:

a first stage for deserializing a differential serialized signal thereby generating a first deserialized signal that includes a first plurality of signals, wherein the first stage includes a current-controlled complementary metal-oxide semiconductor ($C^3MOS$) circuit having a first metal-oxide semiconductor (MOS) transistor with a first drain,

Exhibit A, Page 19

US 7,724,057 B2

13

a first gate, and a first source and a second MOS transistor with a second drain, a second gate, and a second source, wherein:

a current steering circuit within the C²MOS circuit includes the first source and the second source;

the first source and the second source are coupled together and to a current source; and

the first drain and the second drain are coupled to a power supply; and

a second stage, coupled to the first stage, for processing the first deserialized signal thereby generating a second deserialized signal that includes a second plurality of signals.

38. The apparatus of claim 37, wherein:

the first source and second source are coupled to at least one additional power supply via the current source.

39. The apparatus of claim 37, wherein:

the current source is coupled to at least one additional power supply.

40. The apparatus of claim 37, wherein:

current steering is performed within the current steering circuit in response to the differential serialized signal being provided to the first gate and the second gate.

41. The apparatus of claim 37, wherein:

the first drain is coupled to the power supply via a first resistive load; and

the second drain is coupled to the power supply via a second resistive load.

42. The apparatus of claim 37, wherein:

the second stage is implemented using conventional complementary metal-oxide-semiconductor (CMOS) logic.

43. The apparatus of claim 37, further comprising:

a third stage, coupled to the second stage, for serializing the second deserialized signal thereby generating a serialized signal.

44. The apparatus of claim 43, wherein:

the third stage includes at least one additional C³MOS circuit having a third MOS transistor with a third drain, a third gate, and a third source and a fourth MOS transistor with a fourth drain, a fourth gate, and a fourth source, wherein:

current steering is performed among one or more branches of the at least one additional C³MOS circuit in response to at least one additional differential serialized signal being provided to the third gate and the fourth gate;

the third source and the fourth source are coupled together and to at least one additional current source; and

the third drain and the fourth drain are coupled to the power supply.

45. The apparatus of claim 44, wherein:

the third drain is coupled to the power supply via a first resistive load; and

the fourth drain is coupled to the power supply via a second resistive load.

46. The apparatus of claim 44, wherein:

the third MOS transistor and the fourth MOS transistor are n-channel MOS transistors.

47. The apparatus of claim 43, wherein:

the differential serialized signal has a first frequency;

each of the first plurality of signals has a second frequency;

each of the second plurality of signals has the second frequency; and

the serialized signal has a third frequency.

14

48. The apparatus of claim 47, wherein:

the first frequency is the third frequency.

49. The apparatus of claim 47, wherein:

the first frequency is an integer multiple of the second frequency.

50. The apparatus of claim 47, wherein:

the third frequency is an integer multiple of the second frequency.

51. The apparatus of claim 37, wherein:

the differential serialized signal has a first frequency;

each of the first plurality of signals has a second frequency; and

each of the second plurality of signals has the second frequency.

52. The apparatus of claim 51, wherein:

the first frequency is an integer multiple of the second frequency.

53. The apparatus of claim 37, wherein:

the first MOS transistor and the second MOS transistor are n-channel MOS transistors.

54. The apparatus of claim 37, wherein:

the current source includes an n-channel MOS transistor having a third gate for receiving a signal that corresponds to a clock signal.

55. The apparatus of claim 37, wherein:

the current source includes an n-channel MOS having a third drain; and

the first source and the second source are connected together and to the third drain.

56. The apparatus of claim 37, wherein:

the first stage and the second stage are implemented on a single silicon die.

57. The apparatus of claim 37, wherein:

the apparatus is implemented within a fiber optic channel.

58. The apparatus of claim 37, wherein:

the first deserialized signal that includes the first plurality of signals is a first parallel n-bit signal such that each of the first plurality of signals corresponds to one respective bit of the first parallel n-bit signal;

the second deserialized signal that includes the second plurality of signals is a second parallel n-bit signal such that each of the second plurality of signals corresponds to one respective bit of the second parallel n-bit signal; and

n is an integer.

59. An apparatus, comprising:

a first stage for processing a first deserialized signal that includes a first plurality of signals thereby generating a second deserialized signal that includes a second plurality of signals;

a second stage, coupled to the first stage, for serializing the second deserialized signal thereby generating a serialized signal, wherein the second stage includes a current-controlled complementary metal-oxide semiconductor (C³MOS) circuit having a first metal-oxide semiconductor (MOS) transistor with a first drain, a first gate, and a first source and a second MOS transistor with a second drain, a second gate, and a second source, wherein:

a current steering circuit within the C³MOS circuit includes the first source and the second source;

the first source and the second source are coupled together and to a current source; and

the first drain and the second drain are coupled to a power supply.

60. The apparatus of claim 59, wherein:

the first source and second source are coupled to at least one additional power supply via the current source.

US 7,724,057 B2

15                                                              16

61. The apparatus of claim 59, wherein:
the current source is coupled to at least one additional power supply.

62. The apparatus of claim 59, wherein:
current steering is performed within the current steering circuit in response to a differential serialized signal being provided to the first gate and the second gate.

63. The apparatus of claim 59, wherein:
the first drain is coupled to the power supply via a first resistive load; and
the second drain is coupled to the power supply via a second resistive load.

64. The apparatus of claim 59, wherein:
the first stage is implemented using conventional complementary metal-oxide-semiconductor (CMOS) logic.

65. The apparatus of claim 59, further comprising:
a third stage, coupled to the first stage, for processing at least one additional serialized signal thereby generating the first deserialized signal that includes the first plurality of signals.

66. The apparatus of claim 65, wherein:
the third stage includes at least one additional C³MOS circuit having a third MOS transistor with a third drain, a third gate, and a third source and a fourth MOS transistor with a fourth drain, a fourth gate, and a fourth source, wherein:
    current steering is performed among one or more branches of the at least one additional C³MOS circuit in response to at least one additional differential signal being provided to the third gate and the fourth gate;
    the third source and the fourth source are coupled together and to at least one additional current source; and
    the third drain and the fourth drain are coupled to the power supply.

67. The apparatus of claim 66, wherein:
the third drain is coupled to the power supply via a first resistive load; and
the fourth drain is coupled to the power supply via a second resistive load.

68. The apparatus of claim 66, wherein:
the third MOS transistor and the fourth MOS transistor are n-channel MOS transistors.

69. The apparatus of claim 65, wherein:
the at least one additional serialized signal has a first frequency;
each of the first plurality of signals has a second frequency;
each of the second plurality of signals has the second frequency; and
the serialized signal has a third frequency.

70. The apparatus of claim 69, wherein:
the first frequency is the third frequency.

71. The apparatus of claim 69, wherein:
the first frequency is an integer multiple of the second frequency.

72. The apparatus of claim 69, wherein:
the third frequency is an integer multiple of the second frequency.

73. The apparatus of claim 59, wherein:
each of the first plurality of signals has a first frequency;
each of the second plurality of signals has the first frequency; and
the serialized signal has a second frequency.

74. The apparatus of claim 73, wherein:
the second frequency is an integer multiple of the first frequency.

75. The apparatus of claim 59, wherein:
the first MOS transistor and the second MOS transistor are n-channel MOS transistors.

76. The apparatus of claim 59, wherein:
the current source includes an n-channel MOS having a third gate for receiving a signal that corresponds to a clock signal.

77. The apparatus of claim 59, wherein:
the current source includes an n-channel MOS having a third drain; and
the first source and the second source are connected together and to the third drain.

78. The apparatus of claim 59, wherein:
the first stage and the second stage are implemented on a single silicon die.

79. The apparatus of claim 59, wherein:
the apparatus is implemented within a fiber optic channel.

80. The apparatus of claim 59, wherein:
the first deserialized signal that includes the first plurality of signals is a first parallel n-bit signal such that each of the first plurality of signals corresponds to one respective bit of the first parallel n-bit signal;
the second deserialized signal that includes the second plurality of signals is a second parallel n-bit signal such that each of the second plurality of signals corresponds to one respective bit of the second parallel n-bit signal; and
n is an integer.

81. An apparatus, comprising:
a first circuit, that includes n latches, for deserializing a differential signal received at a first frequency thereby generating a parallel n-bit signal, wherein:
    n is an integer;
    each of the n latches is implemented for receiving the differential signal and a clock signal;
    the n latches are implemented for outputting the parallel n-bit signal at a second frequency; and
    each of the n latches includes a respective current steering circuit that includes a respective current source having an input for receiving the clock signal; and
a second circuit, coupled to the first circuit, for processing the parallel n-bit signal; and wherein:
the second circuit is implemented using conventional complementary metal-oxide-semiconductor (CMOS) logic; and
the first frequency is n times the second frequency.

82. The apparatus of claim 81, wherein:
each of the n latches respectively includes a first metal-oxide semiconductor (MOS) transistor with a first drain, a first gate, and a first source and a second MOS transistor with a second drain, a second gate, and a second source, wherein within each of the n latches:
    the differential signal is provided to the first gate and the second gate;
    the first source and the second source are coupled together and to the respective current source; and
    the first drain and the second drain are coupled to a power supply.

83. The apparatus of claim 82, wherein:
the first MOS transistor and the second MOS transistor are n-channel MOS transistors.

84. The apparatus of claim 82, wherein:
the first drain is coupled to the power supply via a first resistive load; and
the second drain is coupled to the power supply via a second resistive load.

US 7,724,057 B2

17

**85.** The apparatus of claim **81,** further comprising:

a third circuit, coupled to the second circuit, for serializing the processed parallel n-bit signal output from the second circuit.

**86.** The apparatus of claim **85,** wherein:

the third circuit includes at least one additional current source, a first metal-oxide semiconductor (MOS) transistor with a first drain, a first gate, and a first source and a second MOS transistor with a second drain, a second gate, and a second source, wherein within each of the n latches:

at least one additional differential signal is provided to the first gate and the second gate;

the first source and the second source are coupled together and to the at least one additional current source; and

the first drain and the second drain are coupled to a power supply.

**87.** The apparatus of claim **86,** wherein:

the third drain is coupled to the power supply via a first resistive load; and

18

the fourth drain is coupled to the power supply via a second resistive load.

**88.** The apparatus of claim **86,** wherein:

the first MOS transistor and the second MOS transistor are n-channel MOS transistors.

**89.** The apparatus of claim **81,** further comprising:

a third circuit for deserializing at least one additional differential signal received at a third frequency thereby generating at least one additional parallel n-bit signal.

**90.** The apparatus of claim **89,** wherein:

the first frequency is the third frequency.

**91.** The apparatus of claim **81,** further comprising:

at least one additional circuit that includes at least one additional current steering circuit.

**92.** The apparatus of claim **81,** wherein:

the first circuit and the second circuit are implemented on a single silicon die.

**93.** The apparatus of claim **81,** wherein:

the apparatus is implemented within a fiber optic channel.

* * * * *

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge S. James Otero and the assigned discovery Magistrate Judge is Fernando M. Olguin.

The case number on all documents filed with the Court should read as follows:

## CV10- 3963 SJO (FMOx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===============================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

Name & Address:
Andrew Grossman (SBN 211546)
Michael Jay (SBN 223827)
WILMER CUTLER PICKERING HALE AND DORR, LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Tel: (213) 443-5300; Fax: (213) 443-5400

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| BROADCOM CORPORATION, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | **CV10-3963 SJO (FMOx)** |
| v. | |
| EMULEX CORPORATION, | |
| DEFENDANT(S). | **SUMMONS** |

TO:   DEFENDANT(S): <u>EMULEX CORPORATION</u>

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, <u>Michael Jay</u> _____, whose address is <u>WILMER CUTLER PICKERING HALE AND DORR, LLP, 350 South Grand Ave., Suite 2100, Los Angeles, CA, 90071</u>. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

MAY 26 2010

Dated: _____

By: _____
    TRINA BLOUSE
    Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

ORIGINAL

BY FAX

Name & Address:
Andrew Grossman (SBN 211546)
Michael Jay (SBN 223827)
WILMER CUTLER PICKERING HALE AND DORR, LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Tel: (213) 443-5300; Fax: (213) 443-5400

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| BROADCOM CORPORATION, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | **CV10-3963 SJO (FMOx)** |
| v. | |
| EMULEX CORPORATION, | **SUMMONS** |
| DEFENDANT(S). | |

TO:   DEFENDANT(S): EMULEX CORPORATION

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Michael Jay_____, whose address is WILMER CUTLER PICKERING HALE AND DORR, LLP, 350 South Grand Ave., Suite 2100, Los Angeles, CA, 90071 . If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __MAY 26 2010__

By: _____
         Deputy Clerk

         *(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

ORIGINAL

CV-01A (12/07)                                    SUMMONS